### BLAKE, by his Guardian, *against* HALL.

THIS cause was removed by certiorari to this Court from the C. P. of the city and county of New York, after the plaintiff had declared in the Court below. After the return of the certiorari, on the 23d of August last, the plaintiff entered with the clerk of this Court, a rule to plead to the declaration in the Court below, of which he gave the defendant notice ; and, for want of a plea within the usual time, entered a default. Neither special nor common bail had

tiff had filed a declaration ; *held,* that he might proceed against the defendant in the supreme court on the removal of the cause by certiorari, by immediately taking a rule against him to plead, and for want of a plea, take a default.

---

**Margin notes:**

Blake
v.
Hall.

A defendant cannot amend his plea of course under the 8 Reg. Gen. of April term, 1796, unless it be demurred to. And then he cannot add a new plea.

A certiorari removes, in contemplaiton of law, the record itself ; and where the plaintiff appeared in the C. P. by guardian, and the defendant appeared there ; and the plain-

been filed in this Court; nor had the defendant appeared here in any other form; nor had the plaintiff, who was an infant, and sued below by his guardian, had any guardian or next friend appointed in this Court.

*J. M'Kown,* moved to set aside the proceedings for ir-regularity. He contended that the plaintiff should have commenced his proceedings *de novo,* by having a guardian appointed, awaiting the defendant's appearance, and de-claring in this Court. He admitted that *Wolfe* v. *Horton,* (3 Caines' Rep. 86,) was against this; but *Rex* v. *North,* (2 Salk. 565,) on which alone the case in Caines went, does not decide where the proceedings are to begin in the Court above; and the English authorities are against the practice pursued in this case. (Tidd, 349, Riley's ed. Id. 6 ed. 411. Bac. Abr. *Certiorari,* (K.) 4 Vin. Abr. 359, pl. 4. Lee's Dictionary of Practice, 286.)

*B. F. Butler,* contra, cited 1 Dunl. Pr. 223.

*Curia.* A certiorari is in nature of a writ of error; and removes, in contemplation of law, the record itself. This was held in *Wolfe* v. *Horton,* (3 Caines' Rep. 86.) It fol-lows, that the cause is here, on the return of the certiorari, in the same situation as to the appearance of the parties, and other incidents, as it stood in the Court below. And it pro-ceeds here directly from the point at which it stopped be-low. The English practice appears to be different; but the practice of this Court has been settled ever since the case of *Wolfe* v. *Horton.*

Motion denied.